IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF UTAH, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-001-JDK |
| | § | |
| US DEPARTMENT OF HOUSING | § | |
| AND URBAN DEVELOPMENT, et al., | § | |
| | § | |
| Defendants. | | |

**ORDER GRANTING MOTION TO WITHDRAW**

Before the Court is Plaintiff's motion to withdraw Abhishek S. Kambli as counsel in this matter. Docket No. 22.

The Court hereby **GRANTS** the motion. It is **ORDERED** that Abhishek S. Kambli is withdrawn as counsel for Plaintiff.

So **ORDERED** and **SIGNED** this **31st** day of **January, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE