IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF UTAH, *et al.*, § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 6:25-cv-001-JDK |
| § § | |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, § § § | |
| Defendants. § § § | |

**ORDER FOR RESPONSE**

Before the Court is Defendants' opposed motion for an extension of time to respond to Plaintiffs' complaint. Docket No. 25. In the motion, Defendants request that the Court extend the deadline by 90 days to allow time to confer with the new leadership of the relevant agencies.

Plaintiffs' reasoning for its opposition is unclear. *See* Docket No. 25 at 4. Accordingly, the Court **ORDERS** Plaintiffs to file a response to Defendants' motion by **March 12, 2025**. Defendants' deadline to respond to the complaint is stayed until further order of the Court.

So **ORDERED** and **SIGNED** this **5th** day of **March, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE