IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF UTAH, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:25-cv-001-JDK |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the Motion to Extend Time to File Response to Plaintiffs' Complaint filed by Defendants Scott Turner, U.S. Department of Housing and Urban Development, Brook Rollins, and U.S. Department of Agriculture (collectively, "Defendants"). Docket No. 25.

Having considered the motion, the Court finds it should be **GRANTED-in-Part**. Accordingly, the Court **ORDERS** the following:

1. Defendants will answer, move, or otherwise respond to the complaint no later than **April 7, 2025**;

2. Plaintiffs will file their opening summary judgment brief no later than **April 28, 2025**;

3. Defendants will file their opposition and cross-motion for summary judgment no later than **May 26, 2025**;

4. Plaintiffs will file their reply in support of summary judgment no later than **June 9, 2025**.

5. Oral Argument will be set at the Court's convenience at a later date.

So **ORDERED** and **SIGNED** this **7th** day of **March, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE