IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF UTAH, STATE OF TEXAS, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF IDAHO, STATE OF INDIANA, STATE OF IOWA, STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF SOUTH CAROLINA, STATE OF TENNESSEE, STATE OF WEST VIRGINIA, and NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>*Plaintiffs,*<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF AGRICULTURE,<br><br>*Defendants.* | Case No. 6:25-cv-00001-JDK |

**PROPOSED ORDER**

Having considered the Defendants' Motion to Dismiss, or in the Alternative for a Stay of Proceedings, or in the Alternative for Modification of the Briefing Schedule, along with argument presented in favor of, and in opposition to, the Motion, it is:

**ORDERED** that the Complaint is dismissed for lack of jurisdiction.