UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF UTAH, ET AL, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development, ET AL, <br><br> *Defendants*. | No. 25-cv-1 |

### DECLARATION OF ATTORNEY JOSEPH SCOTT ST. JOHN

I, Joseph Scott St. John, am over the age of 18. I am counsel of record for Plaintiff NAHB. I have personal knowledge of the facts set forth herein. If called as a witness, I could testify competently to those facts. I make this declaration in support of Plaintiffs' Motion for Summary Judgment. I declare as follows:

#### STATUTORY HISTORY AND BACKGROUND

1. Attached as Exhibit 1 is a true and accurate excerpt of the Cranston-Gonzalez Act.

2. Attached as Exhibit 2 is a true and accurate excerpt of the Energy Policy Act of 1992.

3. Attached as Exhibit 3 is a true and accurate excerpt of 3 S. Print 103-91 (1994).

4. Attached as Exhibit 4 is a true and accurate excerpt of 6 S. Print 103-91 (1994).

5. Attached as Exhibit 5 is a true and accurate excerpt of the Energy Policy Act of 2005.

6. Attached as Exhibit 6 is a true and accurate excerpt of the Energy Independence and Security Act of 2007.

1

7. Attached as Exhibit 7 is a true and accurate printout from the New York Division of Corporations website.

8. Attached as Exhibit 8 is a true and accurate printout of an IRS Form 990 as obtained from guidestar.org.

9. Attached as Exhibit 9 is a true and accurate printout from the website of the U.S. Copyright Office.[1]

10. Attached as Exhibit 10 is a true and accurate printout from the Delaware Division of Corporations website.

11. Attached as Exhibit 11 is a true and accurate printout of an IRS Form 990 as obtained from guidestar.org.

12. Attached as Exhibit 12 is a true and accurate printout from the U.S. Copyright Office.[2]

13. Attached as Exhibit 13 is a true and accurate copy of the 2006 IECC Preface, as obtained from iccsafe.org.

14. Attached as Exhibit 14 is a true and accurate excerpt of a document obtained from energycodes.gov.[3]

15. Attached as Exhibit 15 is a true and accurate printout from iccsafe.org.[4]

16. Attached as Exhibit 16 is a true and accurate printout from aceee.org.[5]

---

[1] https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=4&ti=1,4&Search%5FArg=%22ANSI%2FASHRAE%2FIES%20Standard%2090%2E1%22&Search%5FCode=FT%2A&CNT=25&PID=mkFGVfAg7ObS4h68jEubKQDtChmH&SEQ=20250427182516&SID=4
[2] https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=2021+International+Energy+Conservation+Code&Search_Code=TALL&PID=DNUeimVrhC3b6ZFS_Pe9hPxzLdbI&SEQ=20250427193754&CNT=25&HIST=1
[3] https://www.energycodes.gov/sites/default/files/2025-01/Res_Elec_Ready_TB.pdf
[4] https://www.iccsafe.org/about/periodicals-and-newsroom/icc-pulse/the-international-code-council-board-of-directors-makes-final-decision-on-2024-iecc-appeals-and-addresses-preemption-challenges/#:~:text=The%20International%20Code%20Council%20Board%20of%20Directors%20determined%20that%20the,residential%202024%20IECC%20codes%20is
[5] https://www.aceee.org/blog-post/2024/02/code-council-violating-its-own-rules-putting-building-decarbonization-measures

17. Attached as Exhibit 17 is a true and accurate printout from aceee.org.[6]

18. Exhibits 18-49 are intentionally omitted.

### ADMINISTRATIVE RECORD

19. Attached as Exhibit 50 is a true and accurate copy of the Preliminary Affordability Determination published at 79 Fed. Reg. 21,259 (Apr. 15, 2014).

20. Attached as Exhibit 51 is a true and accurate copy of the Final Affordability Determination published at 80 Fed. Reg. 25,901 (May 6, 2015).

21. Attached as Exhibit 52 is a true and accurate copy of the Preliminary Determination, 88 Fed. Reg. 31,73 (May 18, 2023).

22. Attached as Exhibit 53 is a true and accurate copy of a 2021 National Cost Effectiveness of the Residential Provisions of the 2021 IECC, as referenced in 88 Fed. Reg. at 31,784 n.38 and downloaded from energycodes.gov.[7]

23. Attached as Exhibit 54 is a true and accurate copy of a comment by Leading Builders of America, as obtained from regulations.gov.[8]

24. Attached as Exhibit 55 is a true and accurate copy of a comment by D.R. Horton, as obtained from regulations.gov.[9]

25. Attached as Exhibit 56 is a true and accurate copy of a comment by the Mortgage Bankers of America, as obtained from regulations.gov.[10]

26. Attached as Exhibit 57 is a true and accurate copy of a comment by NAHB, as obtained from regulations.gov.[11]

---

[6] https://www.aceee.org/press-release/2024/03/international-code-council-caves-special-interests-axes-decarbonization
[7] https://www.energycodes.gov/sites/default/files/2021-07/2021IECC_CostEffectiveness_Final_Residential.pdf
[8] https://www.regulations.gov/comment/HUD-2023-0034-0118
[9] https://www.regulations.gov/comment/HUD-2023-0034-0102
[10] https://www.regulations.gov/comment/HUD-2023-0034-0109
[11] https://www.regulations.gov/comment/HUD-2023-0034-01n24

27. Attached as Exhibit 58 is a true and accurate copy of a com.ment by the State of Montana, as obtained from regulations.gov.[12]

28. Attached as Exhibit 59 is a true and accurate copy of a Regulatory Impact Analysis, as obtained from regulations.gov.[13]

29. Attached as Exhibit 60 is a true and accurate copy of the HIRL 2021 IECC Residential Cost Effectiveness Analysis, as referenced at 89 Fed. Reg. at 33,133 n.50.

30. Attached as Exhibit 61 is a true and accurate copy of the methodology paper cited in the HIRL 2021 IECC Residential Cost Effectiveness Analysis.[14]

31. Exhibit 62 is intentionally omitted.

32. Attached as Exhibit 63 is a true and accurate copy of PNNL's Cost-Effectiveness Analysis of the 2009 and 2012 IECC Residential Provisions – Technical Support Document, as referenced at 88 Fed. Reg. 31,784 and downloaded from pnnl.gov. [15]

33. Attached as Exhibit 64 is a true and accurate copy of PNNL's Methodology for Evaluating Cost-Effectiveness of Residential Energy Code Changes, as referenced at 88 Fed. Reg. 31,784 n.43, and downloaded from energycodes.gov.[16]

34. Attached as Exhibit 65 is a true and accurate copy of Final Affordability Determination published at 89 Fed. Reg. 33,112 (Apr. 26, 2024).

35. Exhibits 66-99 are intentionally omitted.

36. Further declarant sayeth naught.

---

[12] https://www.regulations.gov/comment/HUD-2023-0034-0111
[13] https://www.regulations.gov/document/HUD-2023-0034-0129
[14] https://www.nahb.org/-/media/NAHB/advocacy/docs/top-priorities/codes/codes-and-research/calculation-methodology.PDF?rev=fe5b54a7a5284917baa34cc17c9746ea&hash=5DA68CDDBA9DFACD4522129B6049B1E5
[15] https://www.pnnl.gov/main/publications/external/technical_reports/PNNL-22068.pdf
[16] https://www.energycodes.gov/sites/default/files/2021-07/residential_methodology_2015.pdf

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed in New Orleans, Louisiana this 28th day of April, 2025.

/s/ Joseph Scott St. John