# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., § § | |
| Plaintiffs, § § | |
| v. § § | Case No. 6:25-cv-001-JDK |
| U.S. DEPARTMENT OF HOUSING § AND URBAN DEVELOPMENT, et al., § § | |
| Defendants. § § § | |

## ORDER SETTING HEARING

The parties have filed several dispositive motions. Docket Nos. 32; 35; 39. In light of the issues presented, the Court **SETS** the motions for an in-person hearing on **July 9, 2025,** at **10:00 a.m.**, at the William M. Steger Federal Building and United States Courthouse, 221 West Ferguson Street, Tyler, Texas 75702. Lead counsel for each party or, alternatively, counsel with authority to bind their respective clients, shall be present and prepared to address the issues presented by the motions.

So **ORDERED** and **SIGNED** this **28th** day of **May, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE