UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF UTAH, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § § § | Case No. 6:25-cv-001-JDK |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., | | |
| Defendants. | | |

**ORDER**

Before the Court is Defendants' motion for leave to file their reply in support of their cross-motion for summary judgment and a sur-reply in opposition to Plaintiffs' motion for summary judgment (Docket No. 44). Plaintiffs oppose the motion. *Id.* at 4.

Having considered the matter, the Court **GRANTS** the motion (Docket No. 44) and **ACCEPTS** the brief as filed (Docket No. 45).

So **ORDERED** and **SIGNED** this **3rd** day of **July, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE