UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF UTAH,<br>STATE OF TEXAS,<br>STATE OF ALABAMA,<br>STATE OF ARKANSAS,<br>STATE OF IDAHO,<br>STATE OF INDIANA,<br>STATE OF IOWA<br>STATE OF KANSAS,<br>STATE OF LOUISIANA,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF TENNESSEE,<br>STATE OF WEST VIRGINIA, and<br>NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>   *Plaintiffs*,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF AGRICULTURE,<br><br>   *Defendants*. | No. 6:25-cv-1 |

**TEXAS, UTAH, NAHB, HUD, and USDA's**

**JOINT NOTICE OF ADDITIONAL AUTHORITIES**

Plaintiffs Texas, Utah, and NAHB and Defendants HUD and USDA jointly submit this notice of additional authorities that may be relevant to the Court's July 9, 2025, hearing, and they respectfully move for leave to file same.

1. On July 7, 2025, Defendants HUD and USDA published a Notice for Comment, 90 Fed. Reg. 29,882, attached hereto as Exhibit A.

2. On June 27, 2025, the Supreme Court issued its opinion in *FCC v. Consumers' Research*, Nos. 24-354 and 24-422, 2025 U.S. LEXIS 2498, attached hereto as Exhibit B.

Dated: July 8, 2025

| | |
|---|---|
| YAAKOV M. ROTH<br>*Acting Assistant Attorney General*<br>*Civil Division*<br><br>LESLEY FARBY<br>*Deputy Branch Director*<br><br>JAY R. COMBS<br>*Acting United States Attorney*<br><br>*/s/ James G. Gillingham*<br>JAMES G. GILLINGHAM (TSB 24055295)<br>*Assistant United States Attorney*<br>james.gillingham@usdoj.gov<br>110 N. College, Suite 700<br>Tyler, TX 75702<br>Tel. (903) 590-1400<br>Fax (903) 590-1436<br><br>*Counsel for Defendants HUD and USDA*<br><br><br>*/s/ Joseph S. St. John*<br>JOSEPH S. ST. JOHN (LSB 36682)<br>ST. JOHN LLC<br>1701 Jefferson Avenue<br>New Orleans, LA 70115<br>Tel. (410) 212-3475<br>scott@stjohnlaw.com<br><br>*Counsel for National Association*<br>  *of Home Builders of the United States* | **KEN PAXTON**<br>  **ATTORNEY GENERAL OF TEXAS**<br><br>BRENT WEBSTER<br>*First Assistant Attorney General*<br><br>*/s/ Ryan G. Kercher*<br>RYAN G. KERCHER (TSB 24060998)<br>*Chief Special Litigation Division*<br>ZACHARY BERG (TSB 24107706)<br>*Special Counsel*<br>OFFICE OF THE ATTORNEY GENERAL<br>  OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, TX 78711-2548<br>Tel. (512) 463-2100<br>Ryan.Kercher@oag.texas.gov<br>Zachary.Berg@oag.texas.gov<br><br>*Counsel for State of Texas*<br><br><br>**DEREK BROWN**<br>  **ATTORNEY GENERAL OF UTAH**<br><br>*/s/ Stanford E. Purser*<br>STANFORD E. PURSER (USB 13440)<br>  *Solicitor General*<br>OFFICE OF THE UTAH<br>  ATTORNEY GENERAL<br>160 E. 300 S., 5th floor<br>Salt Lake City, Utah 84111<br>Tel. (801) 366-0100<br>spurser@agutah.gov<br><br>*Counsel for State of Utah* |