UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF UTAH, STATE OF TEXAS, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF IDAHO, STATE OF INDIANA, STATE OF IOWA STATE OF KANSAS, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF SOUTH CAROLINA, STATE OF TENNESSEE, STATE OF WEST VIRGINIA, and NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, *Plaintiffs*, v. SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF AGRICULTURE, *Defendants*. | No. 6:25-cv-1 |

**PLAINTIFFS' OPPOSED MOTION FOR FORFEITURE**

1

Plaintiffs move that the Court find that Defendants have forfeited any arguments based on the late-filed **52 volume** Supplemental Certified Administrative Record.

## BACKGROUND

This is a challenge to HUD and USDA's decision to apply new energy efficiency standards promulgated by two private organizations to agency-financed housing. On May 27, 2025, the Defendants filed the Certified Administrative Record ("CAR"), consisting of four volumes with 7,032 pages. ECF 38. The accompanying certification made no reference to the filed CAR being partial or incomplete. ECF 38-1.

Pursuant to the Court's Scheduling Order, briefing closed on June 9. ECF 30; ECF 43. More than two weeks later, on June 26, Defendants sought leave to file an additional brief, which was granted. The following day, Defendants proceeded to dump an additional **52 volumes** of administrative materials into the record, enlarging the putative administrative record from 7,032 pages to 19,078 pages. The attached certification was signed four days before, *i.e.*, June 23, and it made no attempt to explain the omission of such a vast quantity of material from the original CAR.

## ARGUMENT

Defendants have sought to nearly triple the administrative record after the close of briefing. They thereby nakedly seek to sandbag Plaintiffs and the Court. Fortunately, the law protects against such untimely evidence.

A litigant waives or forfeits reliance on evidence that he does not raise in his summary judgment briefing. *Milligan v. Bd. of Trustees of S. Ill. Univ.*, 686 F.3d 378, 389 (7th Cir. 2012); *see also Packer v. Trs. of Ind. Univ. Sch. of Med.*, 800 F.3d 843, 849 (7th Cir. 2015) ("We will not consider factual arguments that were not raised below nor shall we consider evidence that was not properly cited to the court below. * * * * [T]he dispositive point is that [the party] did not cite specific parts of that record in support of relevant factual arguments, as the rules required her to do."). That follows from the text

1

of Rule 56, and Fifth Circuit law is in accord. Fed. R. Civ. P. 56(c)(1)(A), (c)(3); *Am. Family Life Assur. Co. v. Biles*, 714 F.3d 887, 896 (5th Cir. 2013); *see also United States v. Mix*, 791 F.3d 603, 612-613 (5th Cir. 2015) ("The government clearly can forfeit arguments by failing to raise them.").

Here, the Defendants have inexplicably sought to sandbag Plaintiffs and the judiciary by nearly tripling the size of the administrative record after the close of summary judgment briefing, and they did so only 12 days before the Court's summary judgment hearing. Obviously, neither party could incorporate that additional material in their briefs. Plaintiffs would be highly prejudiced if those thousands of pages were available to the Defendants in any appeal. Plaintiffs accordingly move that the Court find that Defendants have forfeited any arguments based on the Supplemental CAR.

Dated: July 8, 2025

<table>
<tr><td>

**DEREK BROWN**
  **ATTORNEY GENERAL OF UTAH**

*/s/ Stanford E. Purser*
STANFORD E. PURSER (USB 13440)
  *Solicitor General*
OFFICE OF THE UTAH
  ATTORNEY GENERAL
160 E. 300 S., 5th floor
Salt Lake City, Utah 84111
Tel. (801) 366-0100
spurser@agutah.gov

*Counsel for State of Utah*


*/s/ Joseph S. St. John*
JOSEPH S. ST. JOHN (LSB 36682)
ST. JOHN LLC
1701 Jefferson Avenue
New Orleans, LA 70115
Tel. (410) 212-3475
scott@stjohnlaw.com

*Counsel for National Association of Home Builders of the United States*

</td><td>

**KEN PAXTON**
  **ATTORNEY GENERAL OF TEXAS**

BRENT WEBSTER
*First Assistant Attorney General*

*/s/ Ryan G. Kercher*
RYAN G. KERCHER (TSB 24060998)
*Deputy Division Chief*
  *Special Litigation Division*
ZACHARY BERG (TSB 24107706)
*Special Counsel*
OFFICE OF THE ATTORNEY GENERAL
  OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Tel. (512) 463-2100
Ryan.Kercher@oag.texas.gov
Zachary.Berg@oag.texas.gov

*Counsel for State of Texas*

</td></tr>
<tr><td>

**STEVE MARSHALL**
  **ATTORNEY GENERAL OF ALABAMA**

*Edmund G. LaCour Jr.*
Edmund G. LaCour Jr. (ASB-9182-U81L)*
  *Solicitor General*
STATE OF ALABAMA
OFFICE OF THE ATTORNEY GEN.
501 Washington Ave.
Montgomery, AL 36130
Tel. (334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

</td><td>

**RAUL R. LABRADOR**
  **ATTORNEY GENERAL OF IDAHO**

*/s/ Sean "Jack" Corkery*
SEAN "JACK" CORKERY
  *Assistant Solicitor General*
OFFICE OF THE IDAHO ATTORNEY GENERAL
700 W Jefferson St #210
Boise, ID 83720
Tel. (208) 332-3548
jack.corkery@ag.idaho.gov

*Counsel for State of Idaho*

</td></tr>
</table>

3

**TIM GRIFFIN**
  **ATTORNEY GENERAL OF ARKANSAS**

/s/ *Autumn Hamit Patterson*
AUTUMN HAMIT PATTERSON (TSB 24092947)
  *Solicitor General*
OFFICE OF ARKANSAS ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, AR 72201
Tel. (501) 682-2007
autumn.patterson@arkansasag.gov

*Counsel for State of Arkansas*


**THEODORE E. ROKITA**
  **ATTORNEY GENERAL OF INDIANA**

/s/ *James A. Barta*
JAMES A. BARTA*
  *Solicitor General*
INDIANA ATTORNEY GENERAL'S OFFICE
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
Tel. (317) 232-0709
james.barta@atg.in.gov

*Counsel for State of Indiana*


**KRIS W. KOBACH**
  **ATTORNEY GENERAL OF KANSAS**

/s/ *James Rodriguez*
JAMES RODRIGUEZ
  *Assistant Attorney General*
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel. (785) 296-7109
jay.rodriguez@ag.ks.gov

*Counsel for State of Kansas*


**BRENNA BIRD**
  **ATTORNEY GENERAL OF IOWA**

/s/ *Eric H. Wessan*
ERIC H. WESSAN
  *Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel. (515) 823-9117
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*


**LIZ MURRILL**
  **ATTORNEY GENERAL OF LOUISIANA**

/s/ *Kelsey L. Smith*
KELSEY L. SMITH (TSB 24117070)
  *Deputy Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel. (225) 428-7432
SmithKel@ag.louisiana.gov

*Counsel for State of Louisiana*


**AUSTIN KNUDSEN**
  **ATTORNEY GENERAL OF MONTANA**

/s/ *Christian Corrigan*
CHRISTIAN CORRIGAN*
  *Solicitor General*
MONTANA DEPT. OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*

4

ANDREW BAILEY
 ATTORNEY GENERAL OF MISSOURI

/s/ Dominic X. Barceleau
DOMINIC X. BARCELEAU*
 *Assistant Attorney General*
OFFICE OF THE MISSOURI
 ATTORNEY GENERAL
815 Olive Street, Suite 200
St. Louis, MO 63101
Tel: (314) 340-7366
dominic.barceleau@ago.mo.gov

*Counsel for State of Missouri*

MICHAEL T. HILGERS
 ATTORNEY GENERAL OF NEBRASKA

/s/ Grant D. Strobl
GRANT D. STROBL*
 *Assistant Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY GEN.
2115 State Capitol
Lincoln, NE 68509
Tel. (402) 471-2683
grant.strobl@nebraska.gov

*Counsel for State of Nebraska*

JONATHAN SKRMETTI
 ATTORNEY GENERAL AND REPORTER
 OF TENNESSEE

/s/ James Matthew Rice
JAMES MATTHEW RICE (TNSB 040032)
 *Solicitor General*
STATE OF TENNESSEE
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
Tel. (615) 532-6026
matt.rice@ag.tn.gov

*Counsel for State of Tennessee*

ALAN WILSON
 ATTORNEY GENERAL OF SOUTH CAROLINA

/s/ Thomas Hydrick
THOMAS HYDRICK*
 *Assistant Deputy Solicitor General*
OFFICE OF THE SOUTH CAROLINA
 ATTORNEY GENERAL
P.O. Box 11549
Columbia, SC 29211
Tel: (803) 734-4127
thomashydrick@scag.gov

*Counsel for State of South Carolina*

JOHN B. MCCUSKEY
 ATTORNEY GENERAL OF WEST VIRGINIA

/s/ Michael R. Williams
MICHAEL R. WILLIAMS (WVB 14148)*
 *Solicitor General*
State Capitol Complex,
Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305
Tel. 304-558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules 7(i) and 7(h), I hereby certify that the parties conferred through counsel telephonically on July 7, 2025. Mr. Gillingham, counsel for Defendants, stated that he believed documents in the supplemental CAR were referenced in documents submitted in the original CAR, noted earlier references to a voluminous record, and believed the Court must act based on the whole administrative record. Mr. Gillingham said he understood why the Plaintiffs needed to file this motion, but the parties were not able to reach an agreement regarding the relief sought in this motion. The motion is accordingly opposed.

/s/ Joseph Scott St. John