IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE: July 9, 2025

| DISTRICT JUDGE<br>Jeremy D. Kernodle | COURT REPORTER: Shea Sloan<br>COURTROOM DEPUTY: Suzanne Wimberley |
|---|---|
| State of Utah, et al<br><br>v.<br><br>U.S. Department of Housing and Urban Development, et al | 6:25-cv-1 |

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Joseph St. John | James J. Gillingham |
| Mark A. Csoros | |
| Thomas Ward | |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, Texas:

| TIME: | MINUTES: Motions Hearing – Docket Nos. [32] and [35] |
|---|---|
| 9:59 am | Court in session. Case called. Appearances noted. |
| 10:00 am | Court and Mr. Gillingham discuss Defendant's Motion to Dismiss. |
| 10:10 am | Mr. St. John addresses the Motion to Dismiss. Court poses various questions. |
| 10:14 am | Mr. Gillingham provides further information. Mr. St. John addresses Plaintiffs' Motion for Summary Judgment. |
| 10:27 am | Mr. St. John and Court discuss housing statutes. |
| 10:44 am | Mr. Gillingham begins argument on behalf of Defendants. |
| 11:01 am | Mr. St. John provides rebuttal. |
| 11:05 am | Court takes the matter under advisement. Court adjourned. |

DAVID O'TOOLE, CLERK

BY:   Suzanne Wimberley
Courtroom Deputy