IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:25-cv-1-JDK |
| § | |
| U.S. DEPARTMENT OF HOUSING § | |
| AND URBAN DEVELOPMENT, et al., § | |
| § | |
| Defendants. § | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE**

Before the Court is Defendants' opposed motion for leave to file a response in opposition to Plaintiffs' motion for forfeiture. Docket No. 56. The Court **GRANTS** the motion. The response (Docket No. 57) is **ACCEPTED** as filed.

So **ORDERED** and **SIGNED** this **18th** day of **November, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE